# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                **CASE NO. 5:10-cr-050-001/RS**

**RONNIE B. FINCH,**

    **Defendant.**

_____ /

## ORDER

The relief requested in Defendant's Motion to Extend Report Date (Doc. 32) is **GRANTED**. The Government has represented that it takes no position on the matter.

The Defendant's report date is rescheduled. The Defendant shall surrender to the United States Marshal for this district or the designated institution on **Friday, February 18, 2011, by 12:00 Noon C.S.T.**

**ORDERED** on January 27, 2011

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**